

**FILED**

SEP 0 9 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | MCR ~~19-8-M-KL~~D |
|---|---|
| Plaintiff, | 19-4-BV-KLD |
| vs. | ORDER |
| EBONY TAFOYA, | |
| Defendant. | |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Compliant, Affidavit in Support of Complaint, and Arrest Warrant filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

//

DATED this 9th day of September, 2019.

                                           KATHLEEN L. DESOTO
                                           United States Magistrate Judge